UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nicole Streker, | |
| Plaintiff, | Case No. 23-CV-1522 (KMM/DTS) |
| v. | ORDER |
| Michael Segal, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz dated June 30, 2023. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

IT IS HEREBY ORDERED that:

(1) The petition for a writ of habeas corpus [Dkt. No. 1] be **DENIED** for failure to exhaust administrative remedies.

(2) This matter be **DISMISSED** without prejudice.

**Let Judgment Be Entered Accordingly.**

Date: **August 18, 2023**

                                                   *s/ Katherine M. Menendez*
                                                   Katherine M. Menendez
                                                   United States District Judge